Craig B. **SCHNEIDER**,
Plaintiff–Appellant

v.

**GULF INDUSTRIES, INCORPORATED, Defendant–Appellee.**

No. 13–30846.

United States Court of Appeals, Fifth Circuit.

May 5, 2014.

James Louis Arruebarrena, Esq., New Orleans, LA, for Plaintiff–Appellant.

Angella Hebert Myers, Esq., Mark C. Carver, Esq., Myers Law Group, L.L.P., New Orleans, LA, for Defendant–Appellee.

Before BARKSDALE, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.